■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
ANTHONY SANFORD, Appellant. [614 NYS2d 13] —Judgment,
Supreme Court, Bronx County (Lawrence Tonetti, J.), ren-
dered March 10, 1993, convicting defendant, after a non-jury
trial, of criminal possession of a weapon in the third degree,
and sentencing him to a term of 2 to 4 years, unanimously
affirmed.

Defendant and his companion entered the apartment where
the complainant had been staying, displayed their guns, and
the companion then fired his weapon when the complainant
failed to give them information. This evidence sufficiently
demonstrates that defendant, while acting in concert with
another, criminally possessed a firearm *(see, People v La Belle,*
18 NY2d 405, 412).

We note that the court's dismissal of the eighth count of the indictment, criminal possession of a weapon in the second degree, is clearly not inconsistent or repugnant with defendant's conviction for criminal possession of a weapon in the third degree, as the third degree count does not require proof of intent to use the firearm, but merely requires proof of intent to possess. Concur—Rosenberger, J. P., Wallach, Kupferman, Ross and Nardelli, JJ.